# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D19-0711

———————————————

JANA KIGHT, f/k/a, Jana Kight Whitehead,

    Petitioner,

    v.

FRANK WHITEHEAD,

    Respondent.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

May 8, 2019

PER CURIAM.

    The petition for writ of prohibition is denied on the merits.

WOLF, BILBREY, and WINSOR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Conrad C. Bishop, Jr., of The Bishop Law Firm, P.A., Perry, for Petitioner.

No appearance for Respondent.